# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-00688-CJC(ANx) | Date | March 17, 2010 |
| Title | Herman Cothran v. Michael Dekhtyar, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

     A pretrial conference is scheduled in this case for March 22, 2010. As of this date, the Court has not received any pretrial documents required by Local Rule 16. The Court has made several attempts to contact Plaintiff's counsel with no response. Accordingly all dates are vacated and the Court hereby orders Plaintiff's counsel to show cause, not later than March 27, 2010, why this case should not be dismissed for failure to prosecute and for failure to comply with Local Rules.

                                                                                                       : 0

Initials of Preparer   mu